**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JUAN CARLOS CERVANTES-MORA,<br><br>　　　　　Defendant. | Case No.:　19CR01792-LAB<br><br>**ORDER AND JUDGMENT TO DISMISS INFORMATION WITHOUT PREJUDICE** |

　　Upon motion of the UNITED STATES OF AMERICA, and good cause appearing,

　　IT IS ORDERED that the Information in Criminal Case No. 19CR01792-LAB against defendant JUAN CARLOS CERVANTES-MORA be, and hereby is, dismissed;

　　IT IS SO ORDERED.

DATED: July 5, 2019

　　　　　　　　　　　　　　　　_/s/ Larry A. Burns_
　　　　　　　　　　　　　　　　HON. Larry A. Burns
　　　　　　　　　　　　　　　　Chief United States District Judge